# United States Court of Appeals
## For the First Circuit

No. 20-1770

CYRIL NNADOZIE OKOLI,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

Before

Thompson, Kayatta and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered:  August 7, 2020

      This court has reviewed pro se petitioner Cyril Nnadozie Okoli's "petition for review" of a May 28, 2020, "release request decision." No basis for the exercise of this court's original jurisdiction can be discerned from the face of the filing. Therefore, the matter is dismissed. <u>See</u> 1st Cir. R. 27.0(c) (court may dismiss at any time when jurisdiction is lacking); <u>see also</u> 8 U.S.C. § 1252(a)(1) (authorizing judicial review of only "final order[s] of removal"); <u>Cano-Saldarriaga</u> v. <u>Holder</u>, 729 F.3d 25, 27 (1st Cir. 2013) (explaining same). Any pending motions are denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Cyril Nnadozie Okoli
Sunah Lee
OIL